2-5

[Robert D. Eberwein

roberteberwein@
netscape.net
415-431-0541*200
/0 HALLAM #200
S, F, CA 94103
415-574-8705]

FILED

DEC 01 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF

Proposed Order

Tesla    Plaintiff

Vs

Alameda County, All Inclusive  Defendant

[Robert D Eberwein [Et Al All Alleged AKA Default

Vexatios Litigant BG05244910]

Cross-Plaintiff,

vs.

Villsenor, Kamal Harris Emhoff, Doug Emhoff, My

Prior Attorneys, IRS, State of California, Nevada, Brce

T Beesley GMAC Attorney, Et Al Clerks of Courts

Nationwide Default and Ana Sprinkles [33 day hold]

Defendant(s)

)
)  Case No.: No.20-CV-8055-LB
)
)  [Cross-Complaint  20-CV-03186-TSH  05182020
)  Declination of U S Magistrate Thomas S Hixson
)
)  Cross-Complaint  20-CV-08055-LB  05182020
)  Declination of U S Magistrate Laura Beeler Doctrine
)  Unclean Hands Prior Magistrate 2016
)
)  Declaratory Relief Injunction, to Stop CITI Bank,
   Swords to Plowshares COVID Housing Removal,Travel
   Restriction
   Nugget Resort Casino 3026389, 5221300, 2307056 thru
   April 2021

   Notice of Errata NUN Pro Tunc May 18, 2020

   Motion More Definite Statement Finding of Facts U S
   Magistrate Laura Beeler Order 11232020

RECEIVED
2020 DEC - 1 P
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. CA

:TO The Court  I Robert  Daniel Eberwein, pray for relief, as Not One Single Time Has The parties listed

in My Employer Declaratory Relief 20-CV-03186-TSH.  Over the Last 15 years for myself  in my own skin, and

others that my vast investments, addressed in U S Magistrate Laura Beeler Order.  I personally attended Unlawful

Detainer Court  December 2009, Presiding Judge Northridge.  I   Robert Daniel eberwein, Lisa Swain-Morris,

Chaledeeannka Deborah Ann Williams Goyens-Bell Eberwein dba FBS Alameda County 388883 and 394717.

Informed all those waiting in the lobby to ask for jury trials and to turn in fee waiver request, and additional fee

wavier order for fees waved for all government employees.  The  Clerks  allowed that Process Servors  with unfilled

1   date and tie stamps on Prejudgment Right of Possession Forms where allowed to enter defaults on the same date

2   they returned the proofs of service.  The Declarations signed by Debt Collectors NationWide   I Am in COVID

3   Housing, thru Veteran Hospital Downtown Clinic, FEMA Funds.  Property Management Swords To Plowshare.  In

4   that building has 10::00 pm curfew and no vistors.  NOVEMEBER 2, 2020 Marnell Gaming LLC dba Nugget

5   Resort Casino Resort, On Site Manager Stacy Lantis Spierling, instructed the front desk manager Marylyn to

6   instruck the cashier, to cancel reservations through out the end of COVID period which has been extended to April

7   2021 from December 31, 2020,  Platinum is the highest card offered.  In expectation of retaliation for repeatedly

8   asking for booking confirmation throughout the end of the year, We called 911 to come assist get FIOA request of

9   our upcoming stays.  Until this is order written about the Tax liens, exatious order which states that Robert Ebewein

10  and Artis Bell are not included but aliases we get denied filinngs until we are in defense.  Federal Mortgage

11  Corporation is Fannie Mae Douglass Emhoff was it lawyer.  Kmala Harris Emhoff as Foreclosure Attorney And

12  Senator and they got less than allowed as we have filed in our bankruptcy cases.  Each Party City Of Berkeley is

13  where we have our office.  Bank Of new York for Coutrywidwe sold me one of the worse four plex in history.

14  Douglass Emhoff law fir Venerable has sanctions.  So All My bank accounts, earning, intellectual properties are

15  seized.

16          1. The JURISDICTION or reason your case is being filed in Federal Court. See 28 U.S.C. § 1331et seq.

17          2. The ALLEGATIONS or claims that you are making against the defendant(s). Place each allegation in a

18  short clearly-written paragraph. See Rule 10 Federal Rules of Civil Procedure.

19          3. The RELIEF you are seeking from the court. This can be money or something you want the Judge to

20  make the defendant do or stop doing. This information is usually written in the last paragraph of the COMPLAINT.

21                          Dated this [23rd day of March, 2009] edit 11252020

22

23                          Robert Daniel Eberwein ,
                            roberteberwein@netscscape.net
24                          10 Hallam St  200, SF Ca 94103

25                          **YOU MUST SIGN YOUR COMPLAINT.**

26