United States District Court
Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ROBERT EBERWEIN, | Case No. 20-cv-08055-LB |
| Plaintiff, | |
| v. | **ORDER DENYING EX PARTE REQUEST; ORDER REASSIGNING CASE; REPORT AND RECOMMENDATION TO DISMISS COMPLAINT** |
| GREG VILLARNOS, et al., | |
| Defendants. | Re: ECF Nos. 8, 10 |

**INTRODUCTION**

Plaintiff Robert Eberwein, who represents himself and is proceeding in forma pauperis, sued

his former employer Tesla Inc., its CEO Elon Musk, and other Tesla employees and departments,

claiming that they falsely alleged that he breached a non-disclosure agreement and (liberally

construing his complaint) wrongfully fired him.[1] The undersigned granted his application to

proceed in forma pauperis, screened his complaint for minimum legal viability under 28 U.S.C. §

1915(e)(2), and identified the complaint's deficiencies. The deficiencies were that Mr. Eberwein

did not identify the factual or legal support for the claim, there was no federal-question jurisdiction

because there was no federal claim, and there was no diversity jurisdiction because the parties

---

[1] Compl. – ECF No. 1 at 1–2. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER; REPORT AND RECOMMENDATION – No. 20-cv-08055-LB

1    were not diverse. Order – ECF No. 5 at 2, 4–5. The court gave leave to amend by December 14,

2    2020. *Id.* Mr. Eberwein filed an amended complaint and an ex parte motion for a more definite

3    statement.[2] The court denies the ex parte motion because the earlier order has a sufficient

4    explanation. The court recommends dismissal of the amended complaint because it is

5    incomprehensible and the court lacks jurisdiction. The court directs the Clerk of Court to reassign

6    the case to a district judge.

7                                              **STATEMENT**

8        The amended complaint's caption (in the area where claims generally are listed) references (1)

9    this case (declining the undersigned's jurisdiction and asking for a more definite statement), (2)

10   the docket number for an earlier case assigned to Judge Hixson, No. 20-cv-03186-TSH, which was

11   Tesla's now-dismissed challenge to Alameda County's COVID-19 stay-at-home order (declining

12   his jurisdiction too),[3] and (3) a claim for declaratory relief to "stop" (a) Citibank, (b) a housing

13   removal from the nonprofit Sword to Plowshares, and (c) COVID-19 travel restrictions to the

14   Nugget Resort Casino. He lists Tesla in the caption as "Tesla[,] Plaintiff[,] vs. Alameda County,"

15   which is the Tesla lawsuit assigned to Judge Hixson. He names himself as the cross-plaintiff and

16   names new defendants: "Villsenor, Kamal Harris Emhoff, Doug Emhoff, My Prior Attorneys,

17   IRS, State of California, Nevada, Brce T Beesley GMAC Attorney, Et Al Clerks of Courts

18   Nationwide Default and Ana Sprinkles [33 day hold]."[4] He alleges the following:

19          I Robert Daniel Eberwein, pray for relief, as not one single time has the parties listed in
           my employer declaratory relief 20-cv-03186-TSH. Over the last 15 years for myself in my
20         own skin, and others that my vast investments, addressed in U.S. Magistrate Laur[el]
           Beeler Order. I personally attended unlawful detainer court December 2009, President
21         Judge Northridge. I Robert Daniel Eberwein, Lisa Swain-Morris, Chaledeeannka Debora
           Ann Williams Goyens-Bell Eberwein dba FBS Alameda County 388883 and 394717.
22         Informed all those waiting in the lobby to ask for jury trials and to turn in fee waiver
           request, and additional fee waiver order for fees waived for all government employees.
23         The Clerks allowed that process serv[e]rs with unfilled date and ti[m]e stamps on
           prejudgment right of possession forms where allowed to enter defaults on the same date
24         they returned the proofs of service. The declarations signed by debt collectors
25

26   ---
     [2] Am. Compl. – ECF No. 8; Ex Parte Mot. – ECF No. 10.
27   [3] Tesla voluntarily dismissed the case. *Tesla Inc. v. Cty. of Alameda*, 3:20-cv-03186-TSH – ECF No. 6.
28   [4] Am. Compl. – ECF No. 8 at 1 (the errors are in the original).

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

nationwide[.] I am in COVID housing, thru Veteran Hospital Downtown Clinic, FEMA Funds. Property management swords to plowshare. In that building has 10:00 pm curfew and no visitors. November 2, 2020 Marnell Gaming LLC dba Nugget Resort Casino Resort, on site manager Stacy Lantis Spierling, instructed the front desk manager Marylyn to instruc[t] the cashier, to cancel reservations through out the end of COVID period which has been extended to April 2021 from December 31, 2020, platinum is the highest card offered. In expectation of retaliation for repeatedly asking for booking confirmation throughout the end of the year, we called 911 to come assist get F[OI]A request of our upcoming stays. Until this is order written about the tax liens, [v]exatious order which states that Robert Ebe[r]wein and Artis Bell are not included but aliases we get denied fili[ngs] until we are in defense. Federal mortgage corporation is Fannie Mae Douglas[] Emhoff was it[s] lawyer. K[a]mala Harris Emhoff as foreclosure attorney and senator and they got less than allowed as we have filed in our bankruptcy cases. Each party city of Berkeley is where we have our office. Bank of New York for Countrywide sold me one of the worse four plex in history. Douglas[] Emhoff law fir[m] Ven[able] has sanctions. So all my bank accounts, earning, intellectual properties are seized.[5]

11

12

13

14

Attached to the complaint are 100 pages of documents that include a tax notice to Tesla to garnish Mr. Eberwein's wages, financial documents (including from Citibank and debt collectors), documents relating to Sword to Plowshares and the suspension of trips to casinos, and documents from a Nevada Bankruptcy Court proceeding, among others.[6]

15

16

17

18

The ex parte motion asked the undersigned to explain "why poor people cannot get subpoenas."[7] Attached to it is a proposed order for Tesla's case before Judge Hixson, styled a motion to shorten time for withdrawal of counsel (naming Douglas Emhoff, Kamala Harris, and Bruce Beasley).[8]

19

**ANALYSIS**

20

21

The court denies the ex parte motion, which is a non-dispositive motion, and recommends dismissal of the complaint for failure to state a claim and for lack of jurisdiction.

22

23

24

First, the court explained in its earlier order that before the court can allow a plaintiff proceeding in forma pauperis to proceed with a lawsuit, it must screen the complaint under 28 U.S.C. § 1915(d). Order – ECF No. 5 at 2–3. The court denies the ex parte motion.

25

26

[5] *Id*. at 1–2 (cleaned up).

[6] Attachs. – ECF No. 8-1.

27

[7] Ex Parte Mot. – ECF No. 10.

28

[8] Proposed Order – ECF No. 10-1.

1    Second, the court explained in the earlier order that Mr. Eberwein needed to allege facts to

2    support his claim, state-law claims do not confer federal-question jurisdiction, and there must be

3    complete diversity of citizenship for the court to have diversity jurisdiction. Order – ECF No. 5 at

4    4–5. The court attaches the order and incorporates it by this reference. Mr. Eberwein's amended

5    complaint does not discuss his termination from Tesla, and thus he did not cure the deficiencies

6    that the order identified. *Id.* at 2, 4. There is no federal-question jurisdiction because the complaint

7    has no facts supporting a federal claim. *Id.* at 4–5. There is no diversity jurisdiction because the

8    parties are not completely diverse.

9    Under *Williams v. King*, the case must be reassigned because the parties, including the non-

10   appearing defendants, have not consented to the undersigned's jurisdiction. 875 F.3d 500, 503–05

11   (9th Cir. 2017).

13   **CONCLUSION**

14   The court denies the ex parte request, recommends dismissal of the complaint, and directs the

15   Clerk of Court to reassign the case to a district judge. Any party may serve and file specific

16   written objections to this recommendation within 14 days after being served with a copy. *See* 28

17   U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); N.D. Cal. L.R. 72-3. Failure to file written

18   objections within the specified time may waive the right to appeal the district court's order.

19   **IT IS SO ORDERED.**

20   Dated: December 21, 2020

     _____
     LAUREL BEELER
     United States Magistrate Judge

*United States District Court*
*Northern District of California*